

Keith M. White # 188536
**DOWLING, AARON & KEELER, INC.**
8080 North Palm Avenue, Third Floor
Fresno, California 93711
Tel: (559) 432-4500
Fax: (559) 432-4590

Attorneys for Defendants SUNNYSIDE SHOPPING CENTER, LLC and VALLARTA FOOD ENTERPRISES, INC. dba VALLARTA SUPERMARKET # 10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>Plaintiff,<br><br>v.<br><br>VALLARTA FOOD ENTERPRISES, INC. DBA VALLARTA SUPERMARKET # 10, SUNNYSIDE SHOPPING CENTER, LLC,<br><br>Defendants. | Case No. 1:10-cv-01253-AWI-SMS<br><br>**STIPULATION AND ORDER**<br><br>Complaint Filed:  July 13, 2010 |

WHEREAS the parties hereto wish additional time to inspect the premises, evaluate the results, and attempt resolution of the matter without incurring fees and costs associated with filing responsive pleadings, scheduling conference statements, and attending scheduling conferences;

WHEREAS the parties wish to conserve the Court's resources and time ;

IT IS STIPULATED by and between Plaintiff, NATIVIDAD GUTIERREZ, and Defendants, VALLARTA FOOD ENTERPRISES, INC. dba VALLARTA SUPERMARKET # 10, and SUNNYSIDE SHOPPING CENTER, LLC, through their respective counsel, that all Defendants shall have, and hereby are granted an extension of time to and including January 3, 2011, to file and serve their responsive pleadings to Plaintiff's Complaint on file herein.

STIPULATION AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS FURTHER STIPULATED that the November 29, 2010 Scheduling Conference may be continued to any date at the court's convenience after January 10, 2011, to afford the parties time to evaluate and negotiate a settlement of this matter.

Dated:  November 8, 2010         DOWLING, AARON & KEELER, INC.

By: /s/Keith M. White_____
    Keith M. White
    Attorneys for Defendant SUNNYSIDE SHOPPING CENTER, LLC and VALLARTA FOOD ENTERPRISES, INC. dba VALLARTA SUPERMARKET # 10


Dated:  November 8, 2010         MOORE LAW FIRM, P.C.

By: /s/Tanya Levinson Moore_____
    Tanya Levinson Moore
    Attorneys for Plaintiff NATIVIDAD GUTIERREZ


IT IS SO ORDERED that  Defendant's are granted an extension of time until  January 3, 2011, to file and serve their responsive pleadings to Plaintiff's Complaint.

IT IS FURTHER ORDERED that the Scheduling Conference currently set for November 29, 2010 is continued to Monday, February 14, 2011 at 10:00 a.m. before Judge Snyder.


Dated:   November 9, 2010              /s/ Sandra M. Snyder_____
                                        UNITED STATES MAGISTRATE JUDGE


F:\wdocs\maindocs\14604\001\00608773.DOC

