# FILED

**February 8, 2011**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NATIVIDAD GUTIERREZ,

        Plaintiff,          NO. 1:10-cv-01253-AWI-SMS

vs.

                   ***ORDER RE DISPOSITIVE DOCUMENTS***
                     ***AFTER NOTICE OF SETTLEMENT***

VALLARTA FOOD ENTERPRISES,
INC., and SUNNYSIDE SHOPPING
CENTER, LLC.,

        Defendants.
_____/

Counsel has informed the court that the parties have settled the above-captioned case. **In accordance with the provisions of Local Rule 160 (Fed. R. Civ. P. 16), the court now orders that a dispositive documents be submitted no later than MARCH 1, 2011.**

**All court dates**, as well as any pending motions heretofore set in this matter are hereby **VACATED** (including the Scheduling Conference hearing date of February 14, 2011 before Judge Snyder).

**Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who**

1  **contributed to the violation of this order (see attached Notice of**

2  **Local Rule 160 and Local Rule 272.)**

3

4  **IT IS SO ORDERED.**

5

6  DATED:    February 8, 2011

7

8                                         /s/ Sandra M. Snyder
                                          SANDRA M. SNYDER
9                                         UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**NOTICE**

2

3

4                    **Local Rule 160 (Fed. R. Civ. P. 16)**

5                    **NOTICE OF SETTLEMENT OR OTHER DISPOSITION**

6

7        **(a)  Notice.**   When an action has been settled or otherwise
disposed of, or when any motion seeking general or interim relief
has been resolved, whether by settlement conference or out of

8    Court, and whether the action is pending in the District Court or
is before an appellate court, it is the duty of counsel to inform

9    the  courtroom  deputy  clerk  and  the  assigned  Court's  chambers
immediately.  See L.R. 272.

10

11        **(b)  Dispositional Documents.**      Upon such notification of
disposition or resolution of an action or motion, the Court shall
thereupon fix a date upon which the documents disposing of the

12   action or motion must be filed, which date shall not be more than
twenty-one (21) calendar days from the date of said notification,

13   absent good cause.  The Court may, on good cause shown, extend the
time  for  filing  the  dispositional  papers.   A  failure  to  file

14   dispositional papers on the date prescribed by the Court may be
grounds for sanctions.  See L.R. 272.

15

16

17                    **Local Rule 272 (Fed. R. Civ. P. 16)**

18                         **NOTICE OF SETTLEMENT**

19

20        **(a)  General Rule.**  See L.R. 160.

21        **(b)  Sanctions.**  If for any reason attributable to counsel or
parties, including settlement, the Court is unable to commence a
jury trial as scheduled where a panel of prospective jurors has

22   reported for voir dire, the Court may assess against counsel or
parties responsible all or part of the cost of the panel.  See L.R.

23   110.

24

25

26

27

28