1  Tanya E. Moore, Esq., SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   Natividad Gutierrez
6

7

8
               **UNITED STATES DISTRICT COURT**
9
               **EASTERN DISTRICT OF CALIFORNIA**
10

11 NATIVIDAD GUTIERREZ,           ) No.  1:10-CV-01253-AWI-SMS
                                  )
12         Plaintiff,             ) **STIPULATION FOR DISMISSAL OF**
                                  ) **ACTION; ORDER**
13    vs.                         )
                                  )
14 VALLARTA FOOD ENTERPRISES, INC., et )
   al.,                           )
15                                )
                                  )
16         Defendants.            )
                                  )
17 _____)

18     IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and

19 Defendants Vallarta Food Enterprises, Inc. and Sunnyside Shopping Center, LLC, the parties to

20 this action, by and through their respective counsel, that pursuant to Fed. R. Civ. P.

21 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

22

23 Date: February 28, 2011                        MOORE LAW FIRM, P.C.

24

25
                                                 /s/Tanya E. Moore
26                                               Tanya E. Moore
                                                 Attorney for Plaintiff
27

28

*Gutierrez v. Vallarta Food Enterprises, Inc., et al.*
Stipulation for Dismissal
                              Page 1

1  Date: February 28, 2011                    DOWLING, AARON & KEELER, INC.

2

3
                                              /s/ Keith M. White
4                                             Attorneys for Defendants Vallarta Food
                                              Enterprises and Sunnyside Shopping Center, LLC
5

6                                    **ORDER**

7

8        The parties having so stipulated,

9        IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

10

11

12

13  IT IS SO ORDERED.

14  Dated:   February 28, 2011          _____
                                         CHIEF UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Gutierrez v. Vallarta Food Enterprises, Inc., et al.*
Stipulation for Dismissal
                              Page 2